**DETROIT ENTERTAINMENT, LLC, Appellant,**

v.

**MOTOR CITIES CASINOS, LLC, Appellee.**

No. 04–1218.

United States Court of Appeals, Federal Circuit.

Oct. 12, 2004.

Before LOURIE, BRYSON, and DYK, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Mauro F.C. CORREA, Telma Sinicio, and Fernanda S. Achcar, Appellants,**

v.

**John D. ROBERTS and Claude P. Mancel, Cross Appellants.**

No. 04–1166, 04–1167.

United States Court of Appeals, Federal Circuit.

Oct. 12, 2004.

Before RADER, LINN, and DYK, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.